**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, NE
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

JACQUIS JONES
CONTRACT PARALEGAL
MAIL STOP 5628
DIRECT DIAL: 202-551-4416
FACSIMILE: 202-772-9292

*RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta FEB 04 2021 JAMES N. HATTEN, Clerk By: Deputy Clerk*

February 3, 2021

United States District Court
Northern District of Georgia
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

RE:   Request for Certified Copies in the case of:
      <u>Securities and Exchange Commission v. Thomas Conrad, et al., 1:16-CV-2572-LMM</u>
      <u>(N.D. Ga.)</u>

Dear Clerk of the Court:

Please forward three (3) certified copies of the following document(s) as referenced in the case above.

ORDER AND FINAL JUDGMENT

Docket No.: 95                    Date Entered: 9/30/2019

In addition, I have included 3 copies of an Abstract of Judgement for the ordered penalty judgment. Please certify those as well.

I have provided a return label and a UPS letter envelope for the return documents. Please contact me at the number listed above with any questions.

Thank you for your assistance.

Sincerely,

Jacquis Jones
Paralegal (Contractor)